UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAY LEE JOINES, on behalf of himself and
all others similarly situated,

Plaintiff,

-against-

SOZAI BROOKLYN, LLC,

Defendant.

Case No. 1:25-cv-08787 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Defendant's answer deadline was November 25, 2025. *See* Dkt. 6. To date, however, Defendant has not appeared in this action, responded to the complaint, or otherwise communicated with the Court. As a courtesy, Defendant's deadline to answer or otherwise respond to the Complaint shall be extended to **December 26, 2025**. Defendant is warned that continued failure to respond to the complaint may result in the entry of default judgment against it.

Dated: November 26, 2025
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge