UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAY LEE JONES, on behalf of himself and
all others similarly situated,

                         Plaintiff,

           -against-

SOZAI BROOKLYN, LLC,

                      Defendant.

Case No. 1:25-cv-08787 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The court-extended deadline for Defendant to respond to the Complaint was December 26, 2025.  Dkt. 7.  That date has passed without Defendant appearing in this action, filing an answer, or otherwise communicating with the Court.  It is hereby ORDERED that Plaintiff shall file a letter informing the Court of next steps no later than **January 9, 2026**.

Dated:  December 29, 2025
        New York, New York

                                SO ORDERED.

                                *Jennifer Rochon*
                                JENNIFER L. ROCHON
                                United States District Judge