UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAY LEE JONES, on behalf of himself and
all others similarly situated,

Plaintiff,

-against-

SOZAI BROOKLYN, LLC,

Defendant.

Case No. 1:25-cv-08787 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On October 23, 2025, Plaintiff commenced this action against Defendant pursuant to the Americans with Disabilities Act.  Dkt. 1 ("Complaint").  Defendant's answer was due on November 25, 2025.  Dkt. 6.  As a courtesy, this Court extended Defendant's deadline to December 26, 2025.  Dkt. 7.  Defendant failed to appear in this action, file an answer, or otherwise communicate with the Court by the court-extended deadline.  Dkt. 8.  Accordingly, the Court ordered Plaintiff to "file a letter informing the Court of next steps no later than January 9, 2026."  *Id.* at 1.  Plaintiff has yet to do so.

Plaintiff's deadline to file a letter informing the Court of next steps shall therefore be extended to **January 26, 2026**.  Plaintiff is warned that failure to do so may result in dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Dated: January 12, 2026
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge